UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRANKLIN CUMMINGS,

Plaintiff,                                                                           CASE NO: 1:16-cv-23810-DPG

vs.

EPOCA CORP.,

    Defendant.
_____/

## FORBEARANCE AGREEMENT

Plaintiff, FRANKLIN CUMMINGS, agrees to forebear execution and further post judgment collection efforts to collect the Final Judgment entered in this cause, subject to Defendant, EPOCA CORP's agreement to the following terms:

1. The balance currently owed to Plaintiff, inclusive of attorney's fees for collection, is for $16,991.00. However, for the purpose of reaching this Agreement, Defendant has agreed to pay, and Plaintiff has agreed to accept the total sum of $15,000.00, inclusive of attorney's fees and costs in nineteen payments on the following terms:

    a. An initial payment of $6,000 payable within five (5) days of Plaintiff's execution of this forbearance agreement.
    b. Commencing January 1, 2018, and on the first day of each month thereafter (January 1, 2018 through June 2019), eighteen equal installments of $500.00 per month.

2. All checks shall be made payable to Jonathan S. Minick, P.A. Trust Account, and delivered to Plaintiff's counsel at 1850 SW 8th Street, Suite 307, Miami, Florida 33135. To assure and facilitate timely payment, Defendant shall supply Plaintiff's counsel with post-dated checks for the amounts set forth above, which Plaintiff's counsel is authorized to deposit on the due dates set forth above.

3. If all payments are successfully made, Plaintiff shall file a satisfaction of judgment, and the Defendant will be released from all further responsibility for the Judgment.

4. If Defendant fails to make a payment, i.e. any of the postdated checks bounce, Plaintiff's counsel will give Defendant 5 days to cure and pay any associated bank fees, after email

notice of default to defense counsel. If Defendant fails to cure a default, the forbearance is deemed null and void and Plaintiff may immediately resume collection and execution until payment of the full judgment judgement amount of $16,991.00 and any post judgment attorney's fees to collect the balance of the Judgment are fully satisfied, less the amount of any payments already paid by EPOCA CORP. to Cummings and/or Jonathan S. Minick, P.A.,.

5. The parties agree that this Forbearance Agreement shall be approved by the Court, and a failure to pay shall be deemed a violation of the Court's Order reserving jurisdiction to enforce this Forbearance Agreement.

IN WITNESS WHEREOF, the parties lay their hands this __4__ day of ~~November~~ December 2017.

By: _____
FRANKLIN CUMMINGS

EPOCA CORP.

By: _____          _____
                                      Title

notice of default to defense counsel. If Defendant fails to cure a default, the forbearance is deemed null and void and Plaintiff may immediately resume collection and execution until payment of the full judgment judgement amount of $16,991.00 and any post judgment attorney's fees to collect the balance of the Judgment are fully satisfied, less the amount of any payments already paid by EPOCA CORP. to Cummings and/or Jonathan S. Minick, P.A.,.

5. The parties agree that this Forbearance Agreement shall be approved by the Court, and a failure to pay shall be deemed a violation of the Court's Order reserving jurisdiction to enforce this Forbearance Agreement.

IN WITNESS WHEREOF, the parties lay their hands this _____ day of November 2017.

By: _____
FRANKLIN CUMMINGS

INTEGRA PROPERTY SERVICES, LLC

By: _____          _Vice President_
                                                                                  Title